In the Matter of M.B. MENTAL HYGIENE LEGAL SERVICE, Appellant; STATEN ISLAND DEVELOPMENTAL DISABILITIES SERVICES OFFICE et al., Respondents.

Submitted February 6, 2006; decided February 9, 2006

Motion by NYSARC, Inc. for leave to appear amicus curiae on the appeal herein denied as untimely (*see* Rules of Court of Appeals [22 NYCRR] § 500.23).